JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GELU DUMITRASCUTA,<br>DORINA DUMITRASCUTA,<br>SAMULE DUMITRASCUTA,<br>DANIEL DUMITRASCUTA,<br><br>    Plaintiffs,<br><br>    v.<br><br>GERARD HEINAUER, Director,<br>USCIS Nebraska Service Center, et al.,<br><br>    Defendants. | No. C 08-2014 VRW<br><br>STIPULATION TO TRANSFER VENUE OF ACTION TO EASTERN DISTRICT OF CALIFORNIA AND [PROPOSED] ORDER |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the court, to transfer the above-entitled action to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1631 because Plaintiffs reside in Citrus Heights , CA, and their adjustment of status applications are with the United States Citizenship and Immigration Services in Sacramento, California.

As the time for a response to the complaint has not yet run, and in view of the uncertainty as to when this action will be docketed and assigned to a judge in the Eastern District of California, the parties further stipulate and request of the Court that the time for the Defendants to answer, move,

Stipulation to Transfer
C08-2014 VRW                    1

1  plead or otherwise respond to the Complaint should be extended to 60 days after the date the action
2  is docketed and assigned to a judge in the Eastern District of California.

4  Date: May 20, 2008                           Respectfully submitted,

5                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney

7                                               _____/s/_____
                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
8                                               Attorneys for Defendants

10                                              _____/s/_____
    Date: May 20, 2008                          ROBERT B. JOBE
11                                              Attorney for Plaintiffs

13                                          **ORDER**

14       The foregoing stipulation is approved and this action is hereby transferred to the United
15  States District Court for the Eastern District of California, the judicial district in which this case
16  should have been brought.  The time for Defendants to answer, move, plead or otherwise respond to
17  the Plaintiff's Complaint shall be extended to 60 days after the action is docketed, and a judge
18  assigned, in the Eastern District of California.  IT IS SO ORDERED.

20  Date:  May 22, 2008                         _____
                                                VAUGHN R. WALKER
21                                              United States District Judge



_____

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Transfer
C08-2014 VRW                                    2